FEBRUARY 2, 2004

No. 03A650 (03–8664). ROE *v.* TAFT, GOVERNOR OF OHIO, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINS-BURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 03–8672 (03A652). IN RE ROE. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of mandamus and/or prohibition denied.

FEBRUARY 4, 2004

No. 03A663 (03–8745). ROBINSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE KEN-NEDY, and by him referred to the Court, denied. JUSTICE STE-VENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 03–8673 (03A653). ROBINSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 03–8721 (03A666). ROBINSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 5, 2004

No. 03A637. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. *v.* GHEREBI. Application for stay of proceedings before the United States Court of Appeals for the Ninth Circuit in case No. 03–55785, presented to JUSTICE O'CONNOR, and by her re-